## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Alexaki <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-15290 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 8149

                                          Respectfully submitted,

                                          **/s/Joshua I. Goldman, Esquire**
                                          Joshua I. Goldman, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406