**Repeat-PAEB, PlnDue, RepeatPACER**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
## Bankruptcy Petition #: 16-15290-elf

*Date filed:* 07/27/2016
*Deadline for filing claims (govt.):* 01/23/2017

*Assigned to:* Chief Judge Eric L. Frank
Chapter 13
Voluntary
Asset

**Debtor**                                              represented by **DANIEL P. MUDRICK**
**Scott Alexaki**                                                       MUDRICK & ZUCKER, PC
717 W. Valley Forge Drive                                               One West First Avenue
King of Prussia, PA 19406                                               Suite 101
MONTGOMERY-PA                                                           Conshohocken, PA 19428
SSN / ITIN: xxx-xx-3787                                                 (610) 832-0100
                                                                        Fax : (610) 941-9021
                                                                        Email: dpmudrick@verizon.net

**Trustee**
**WILLIAM C. MILLER**
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
215-627-1377

**U.S. Trustee**
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 07/27/2016 | 1<br>(14 pgs) | Chapter 13 Voluntary Petition for Individual , *Disclosure of Compensation and Notice Required for Individuals Filing for Bankruptcy*. Fee Amount $310 Filed by Scott Alexaki. Matrix List of Creditors due 08/3/2016. Government Proof of Claim Deadline: 01/23/2017. Chapter 13 Plan due by 08/10/2016.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form |

| | | |
|---|---|---|
| | | 122C-1 Due 08/10/2016 Schedules AB-J due 08/10/2016. Statement of Financial Affairs due 08/10/2016. Summary of Assets and Liabilities Form B106 due 08/10/2016. Means Test Calculation Form 122C-2 Due: 8/10/2016. Incomplete Filings due by 08/10/2016. (MUDRICK, DANIEL) Modified on 7/28/2016 (G., Jennifer). (Entered: 07/27/2016) |
| 07/27/2016 | 2 | Statement of Social Security Number Received. Filed by DANIEL P. MUDRICK on behalf of Scott Alexaki. (MUDRICK, DANIEL) (Entered: 07/27/2016) |
| 07/27/2016 | 3 (1 pg) | Certificate of Credit Counseling Filed by DANIEL P. MUDRICK on behalf of Scott Alexaki. (MUDRICK, DANIEL) (Entered: 07/27/2016) |
| 07/28/2016 | | WILLIAM C. MILLER added to case. (G., Jennifer) (Entered: 07/28/2016) |
| 07/28/2016 | 4 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Matrix List of Creditors due 08/3/2016. Chapter 13 Plan due by 08/10/2016.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 08/10/2016 Schedules AB-J due 08/10/2016. Statement of Financial Affairs due 08/10/2016. Summary of Assets and Liabilities Form B106 due 08/10/2016. Means Test Calculation Form 122C-2 Due: 8/10/2016. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (G., Jennifer) (Entered: 07/28/2016) |
| 07/30/2016 | 5 (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 4)). No. of Notices: 1. Notice Date 07/30/2016. (Admin.) (Entered: 07/31/2016) |
| 08/02/2016 | | Receipt of Voluntary Petition (Chapter 13)(16-15290) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 17689034. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/02/2016) |
| 08/02/2016 | 6 (1 pg) | Notice of Appearance and Request for Notice by JOSHUA ISAAC GOLDMAN Filed by JOSHUA ISAAC GOLDMAN on behalf of JPMorgan Chase Bank, National Association. (GOLDMAN, JOSHUA) (Entered: 08/02/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2016 11:57:19 | | | |
| **PACER Login:** | ja0060:2566770:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 16-15290-elf Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |