**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      SCOTT ALEXAKI       :      CHAPTER 13
                                :      NO. 16-15290ELF

**ORDER**

AND NOW, this  11th   day of   August         , 2016, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before   August  26, 2016.

_____
ERIC L. FRANK,
Chief United States Bankruptcy Judge