United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15290-elf
Scott Alexaki                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1           Date Rcvd: Aug 11, 2016
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2016.
db             +Scott Alexaki,    717 W. Valley Forge Drive,    King of Prussia, PA 19406-1572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:
      DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net, G30229@notify.cincompass.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SCOTT ALEXAKI    :    CHAPTER 13
                          :    NO. 16-15290ELF

## ORDER

AND NOW, this 11th day of August, 2016, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before August 26, 2016.

_____
ERIC L. FRANK,
Chief United States Bankruptcy Judge