# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Scott Alexaki,
        Debtor(s)

Bankruptcy No. 16-15290-elf
Chapter 13

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,
        Movant,

Scott Alexaki,
        Debtor(s) / Respondent(s),

and
William C. Miller,
        Trustee / Respondent.

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13, ("Secured Creditor"), by and through its counsel, Matthew C. Waldt, Esquire, as and for its objection to confirmation of Debtor's Chapter 13 Plan, respectfully states as follows:

    1.    Debtor is Scott Alexaki.

    2.    On June 24, 2015, Debtor filed a petition pursuant to Chapter 13 of Title 11 of the United States Code. Debtor is the owner of the real property commonly known as 145 Nancy Lane, King of Prussia, PA 19406 (the "Property").

    3.    Secured Creditor holds the first mortgage on the Property.

4. Secured Creditor has not yet filed its Proof of Claim but anticipates doing so shortly. As such, Secured Creditor reserves the right to supplement this objection.

5. As will be more fully set forth in the aforementioned Proof of Claim, as of the date of the filing of the instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan are $77,244.16.

6. Debtor's Chapter 13 Plan does not provide for payment of mortgage arrears to Secured Creditor.

7. The Chapter 13 Plan does not provide for Mortgagee to receive distributions with a value equal to the allowed amount of its claim as required by 11 U.S.C. § 1325(a)(5)(B)(ii).

8. The Chapter 13 Plan is not feasible.

9. Secured Creditor objects to the Debtor's Chapter 13 Plan as same does not propose to cure the entire pre-petition delinquency due to Secured Creditor and thus the Plan is not feasible as filed.

WHEREFORE, Secured Creditor respectfully requests that confirmation of Debtor's Chapter 13 Plan be denied unless modified to provide for payment of pre-petition arrears in full, as set forth above, due to Secured Creditor, and for such other just and appropriate relief as the Court may deem proper.

                                                Respectfully submitted,
                                                MILSTEAD & ASSOCIATES, LLC

DATED:  August 31, 2016

                                                  /s/Matthew C. Waldt
                                              Matthew C. Waldt, Esquire
                                              Attorney ID No. 203308
                                              1 E. Stow Road
                                              Marlton, NJ 08053
                                              (856) 482-1400
                                              Attorneys for Movant

Case 16-15290-elf    Doc 20    Filed 08/31/16    Entered 08/31/16 17:01:17    Desc Main
          Document      Page 3 of 5

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Scott Alexaki,<br>        Debtor(s) | Bankruptcy No.  16-15290-elf<br>Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,<br>        Movant, | |
| Scott Alexaki,<br>        Debtor(s) / Respondent(s), | |
| and<br>William C. Miller,<br>        Trustee / Respondent. | |

### CERTIFICATION OF SERVICE

      Matthew C. Waldt, Esquire counsel for Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13, hereby certifies that a copy of the Objection to Confirmation of Plan was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on August 31, 2016, addressed as follows:

| William C. Miller, Trustee<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | Daniel P. Mudrick, Esquire<br>MUDRICK & ZUCKER, PC<br>One West First Avenue<br>Suite 101<br>Conshohocken, PA 19428<br>*via electronic transmission* |
|---|---|

                                                  MILSTEAD & ASSOCIATES, LLC

DATED: August 31, 2016          By: s/Matthew C. Waldt
                                                  Matthew C. Waldt, Esquire
                                                  Attorney ID No. 203308
                                                  1 E. Stow Road
                                                  Marlton, NJ 08053
                                                  (856) 482-1400
                                                  Attorneys for Movant