## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT ALEXAKI  Chapter 13

Debtor  Bankruptcy No. 16-15290-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  11-8-16
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
ONE WEST 1ST AVE
SUITE 101
CONSHOHOCKEN, PA 19428

Debtor:
SCOTT ALEXAKI

717 W. Valley Forge Drive

King of Prussia, PA 19406