United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15290-elf
Scott Alexaki                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia         Page 1 of 1         Date Rcvd: Nov 10, 2016
                          Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
```
db            +Scott Alexaki,    717 W. Valley Forge Drive,    King of Prussia, PA 19406-1572
13773606     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  BANK OF AMERICA,     PO Box 982235,    El Paso, TX  79998-2235)
13773607      CALIBER HOME LOANS INC.,     BANKRUPTCY DEPARTMENT,    16745 W Bernardo Dr Ste 300,
                San Diego, CA  92127-1908
13773608      CHASE MORTGAGE,    PO Box 24696,    Columbus, OH  43224-0696
13773609      DEUTSCHE BANK NATIONAL TRUST,     3415 Vision Dr,    Columbus, OH  43219-6009
13773610      ECKERT SEAMANS CHERIN & MELLOTT, LLC,     2 LIBERTY PL # 50S,    PHILADELPHIA, PA  19102
13773611      KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
13773612      MICHAEL M. CHAU,    406 Jefferson St,    Bridgeport, PA  19405-1512
13773613      NATIONAL CAPITAL MANAGEMENT LP,    455 Pennsylvania Ave Ste 2Lf,
                Fort Washington, PA  19034-3405
13773616      Salmon, Ricchezza, Singer & Turchi, LLP,     1601 Market St Ste 2500,
                Philadelphia, PA  19103-2302
13773617      Select Portfolio Servicing, Inc.,     PO Box 65250,    Salt Lake City, UT  84165-0250
13773618      UPPER MERION TOWNSHIP,    175 W Valley Forge Rd,    King of Prussia, PA  19406-1851
13773619      US BANK NATIONAL ASSOCIATION,     7255 Baymeadows Way,    Jacksonville, FL  32256-6851
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 11 2016 01:48:00     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 11 2016 01:47:51     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13773614     +E-mail/Text: bankruptcygroup@peco-energy.com Nov 11 2016 01:47:22     PECO ENERGY,
               2301 Market St # N3-1,    Philadelphia, PA 19103-1380
13773615      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 11 2016 01:47:29
               PENNSYLVANIA DEPARTMENT OF REVENUE,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
```
              DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor   U.S. Bank Trust, N.A., As Trustee For LSF9 Master
               Participation Trust paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT ALEXAKI                                    Chapter 13

                    Debtor                       Bankruptcy No. 16-15290-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
ChiefBankruptcy Judge

11-8-16

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
ONE WEST 1ST AVE
SUITE 101
CONSHOHOCKEN, PA 19428

Debtor:
SCOTT ALEXAKI

717 W. Valley Forge Drive

King of Prussia, PA 19406